## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 12CV5598    Assigned/Issued By: DAJ

Judge Name: _____    Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☑ Citation to Discover Assets          ☐ Other
☐ Writ _____           _____
  *(Type of Writ)*                     _____
                                       *(Type of issuance)*

3 Original and 3 copies on 10/31/13 as to _____
                           *(Date)*
BMO HARRIS BANK, BANK OF AMERICA, WELLS FARGO BANK. (THIRD PARTIES)

NO NOTICES.