# **EXHIBIT 3**

**FILED**
NOV 1 2 2013
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

12cv5598

## ANSWER OF THIRD PARTY RESPONDENT CITATION
*This first section must be filled out by the judgment creditor.*

Citation/Respondent: **Bank of America**          Court Date: **November 20, 2013 at 9:15 a.m.**
Defendant's Name: **Richard P. Twarsky, Jr.**       SS No. xxx-xx-**8084**     Case No. **12-cv-5598**
Judgment Balance: $ **1,436,785.76 plus interest**
*This is a Citation: Freeze up to double the Judgment Balance.*

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☒ Yes ☐ No
   *IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☒ No
   *IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No
   *IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.*

4.                                               ACCOUNT BALANCE         AMOUNT WITHHELD
   A) Savings Account                            $                       $
   B) Check/MMA/Now Account  2 accts             $ 109.69 / 3842.25      $ 109.69 / 3742.25*
   C) Certificates of Deposit                    $                       $
   D) Trust Account/Other                        
      (Describe) _____                                               *After any applicable exemption and fee
   E) Safety Deposit ☐ Yes ☐ No
   F) Land Trust No. _____
   G) Less Right of Offset for Loans                                     $
                                                 TOTAL AMOUNT FROZEN:    $ 3851.94

5. List all electronic deposits into account(s) and their source(s) except deposits:
   Account Number         Source                                         Monthly Amount
   _____        _____                                $ _____
                                                                         $ _____
                                                                         $ _____

6. List all joint account holders or adverse claimants:
   Name **Tyler Thrasky**          Name _____           Name _____
   Address **1216 Boulder Dr**     Address _____        Address _____
   **Lake In The Hills IL 60156**
   Account Type ☒ Checking ☐ CD Savings    Account Type ☐ Checking ☐ CD Savings    Account Type ☐ Checking ☐ CD Savings
   ☒ Account Number xxx8225                 ☐ Account Number _____                 ☐ Account Number _____

### INSTRUCTIONS
(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing.
(3.) Fax or mail a copy of this Answer to (I) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor.

### CERTIFICATION
Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: **11-5-13**                               Print Agent Name: _Kelley Daniels_
Respondent Name: **BANK OF AMERICA**            Signature of Agent: _[signature]_
                 **LEGAL ORDER PROCESSING**
Address:         **5701 HORATIO STREET**
                 **UTICA, NY 13502**
Telephone:       **NY7-501-01-16**
FAX:

Phone 315.734.8300
Fax 617.310.2751

Received: Nov 19 2013 12:35pm
19-Nov-2013 01:36 PM Bank of America 315-734-8211
2/2

ROBBINS SALOMON PATT  Fax:312-782-6690  Nov 15 2013 01:54pm  P003/004

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: Bank of America  Court Date: November 20, 2013 at 9:15 a.m.
Defendant's Name: Capital Realty & Development, LLC  EIN No. xx-xxx 8702  Case No. 12-cv-5598
Judgment Balance: $ 1,436,785.76 plus interest
This is a Citation: Freeze up to double the Judgment Balance.

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☐ Yes ☑ No

*IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☐ No

*IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

*IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.*

4.                                    ACCOUNT BALANCE        AMOUNT WITHHELD
A) Savings Account                    $ —                    $ —
B) Check/MMA/Now Account              $ —                    $ —
C) Certificate of Deposit             $ —                    $ —
D) Trust Account/Other                $ —                    $ —
   (Describe)                                                Accounts closed
E) Safety Deposit ☐ Yes ☐ No
F) Land Trust No. ___
G) Less Right of Offset for Loans                            $ —
                                    TOTAL AMOUNT FROZEN:    $ —

5. List all electronic deposits into account(s) and their source(s) except deposits:
   Account Number — Source — Monthly Amount — $ —

6. List all joint account holders or adverse claimants:

Name —              Name —              Name —
Address —           Address —           Address —

Account Type ☐ Checking ☐ CD Savings   Account Type ☐ Checking ☐ CD Savings   Account Type ☐ Checking ☐ CD Savings
☐ Account Number —                     ☐ Account Number —                     ☐ Account Number —

### INSTRUCTIONS
(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing.
(3.) Fax or mail a copy of this Answer to (I) the Court, (II) Plaintiff's attorney and (III) Judgment Debtor.

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: 11/19/13                                    Print Agent Name: Shelley [illegible]
Respondent Name: BANK OF AMERICA                  Signature of Agent: [signature]
                 LEGAL ORDER PROCESSING
Address:         5701 HORATIO STREET
                 UTICA, NY 13502
Telephone:       NY7-501-01-18
FAX:             Phone 315-734-8400
                 Fax 617-[illegible]