**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **U.S. BANK NATIONAL ASSOCIATION**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12 C 5598 |
| | ) | |
| **CAPITAL REALTY & DEVELOPMENT LLC** and **RICHARD P. TURASKY, JR.**, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This Court has just received a notice in U.S. Bank National Association v. RT Ventures, LP, et al., Case No. 14 C 256, providing for the presentment at 9:15 a.m. May 20, 2014 of plaintiff's motion for an extension of time to effect service of process on the defendants in that action.  As that motion reflects, the key defendant in both that action and this one is Richard Turasky ("Turasky"), who is portrayed in the motion as ducking service of process.  Although Turasky's counsel of record in this action, Craig Donnelly and Roberts McGivney Zagotta LLC, are not of course counsel of record for the defendants in Case No. 14 C 256 (given what has been said earlier as to Turasky's avoidance of service of process in that case), this Court orders Donnelly or some other member of the Roberts McGivney law firm to appear in person at the designated May 20 presentment date for the motion referred to in this memorandum order.

_____
Milton I. Shadur
Senior United States District Judge

Date:  May 16, 2014