*United States District Court for the Northern District of Illinois*

Case Number: 12cv5598       Assigned/Issued By: DJ

Judge Name:       Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $400.00   ☐ $46.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____

☐ $505.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons         ☐ Alias Summons

☐ Third Party Summons         ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets         (Victim, Against and $ Amount)

☐ Writ _____
     (Type of Writ)

__2__ Original and __2__ copies on __03/26/15__ as to __PAUL KOZACKY__
                                          (Date)

(CAPITAL REALTY), PAUL KOZACKY (RICHARD TURASKY JR)

THIRD PARTIES, NO NOTICES FILED.

---