## United States District Court for the Northern District of Illinois

Case Number: **12cv5598**  Assigned/Issued By: **DJ**

Judge Name:  Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $400.00    ☐ $46.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $505.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
  (Type of Writ)

**2** Original and **2** copies on **03/26/15** as to **COUNTRY CLUB HOMES**
  (Date)

**(CAPITAL REALTY), COUNTRY CLUB HOMES (RICHARD TURASKY JR)**

**THIRD PARTIES, NO NOTICES FILED.**