# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: No. 12-cv-5598

U.S. BANK NATIONAL ASSOCIATION

v.

Richard P. Turasky, Jr., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Young Ho "Michael Kang," David M. Trandel and Philip J. Nathanson

| | |
|---|---|
| NAME (Type or print) Philip J. Nathanson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Philip J. Nathanson | |
| FIRM  THE NATHANSON LAW FIRM | |
| STREET ADDRESS  120 N. LASALLE ST., SUITE 1040 | |
| CITY/STATE/ZIP  CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC #3125377 | TELEPHONE NUMBER 480-419-2578, 312-448-3167 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y FOR RESPONDENTS | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y | |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL          APPOINTED COUNSEL