## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

U.S. BANK NATIONAL ASSOCIATION
         Plaintiff,

v.

CAPITAL REALTY & DEVELOPMENT, LLC,
and RICHARD P. TURASKY, JR.
         Defendants,

COUNTRY CLUB HOMES, LLC
   Third Party Citation Respondent.

Case No. 12-cv-5598

Honorable Milton I. Shadur

### CITATION TO DISCOVER ASSETS TO THIRD PARTY

**To:** Country Club Homes, LLC
Peter C. Bazos, Registered Agent
1250 N. Larkin Ave. Ste. 1000
Elgin, IL 60123

  **YOU ARE REQUIRED** to appear and file your answer to this Citation on April 24, 2015 at 9:00 a.m. in Courtroom 2303 of the Everett McKinley Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604. Judgment was entered on November 28, 2012 for U.S. BANK NATIONAL ASSOCIATION and against Judgment Debtors RICHARD P. TURASKY, JR. and CAPITAL REALTY & DEVELOPMENT, LLC in the sum of $1,421,268.15, attorneys' fees and costs in the amount of $15,517.61, plus interest. There is now due less credits and set off the sum of $1,185,556.20, and attorneys' fees and costs in the amount of $15,517.61, plus additionally accrued interest.

Your answer will inform the Court as to property you may hold belonging to: _____ Richard P. Turasky, Jr. _____

  **YOU ARE REQUIRED** to do the following upon receiving this Citation until further Order of Court in accordance with Supreme Court Rule 277(f), or until this Citation is dismissed by the Court or by Stipulation:

  **YOU ARE COMMANDED** to produce to Vincent T. Borst at Robbins, Salomon & Patt, Ltd., 180 N. LaSalle Street, Suite 3300, Chicago, IL 60601, by no later than April 24, 2015:

  (a) Your written Response to all requests in the attached Rider; and

  (a) All items set forth in the attached Rider.

  **YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Judgment Debtor or to which he/it may be entitled or which may be acquired by or become due to him/it, until further order of court or termination of the proceeding. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**WARNING:**  YOUR FAILURE TO COMPLY WITH THE CITATION PROCEEDING MAY RESULT IN A JUDGMENT BEING ENTERED AGAINST YOU FOR THE UNSATISFIED AMOUNT OF THIS JUDGMENT. 735 ILCS 5/2-1402(d)(1)

**WARNING:**  YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

## CERTIFICATE OF ATTORNEY OR NON-ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:

1. Judgment: In the amount of $1,421,268.15, attorneys' fees and costs in the amount of $15,517.61, plus interest, of which $1,185,556.20, and attorneys' fees and costs in the amount of $15,517.61, plus additionally accrued interest, remains unsatisfied.

2. Name of the court: United States District Court for the Northern District of Illinois, Eastern Division

3. Case Number: 12-cv-5598

I, the undersigned certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the following information is true.

Vincent T. Borst (ARDC No. 06192904)
Catherine A. Cooke (ARDC No. 6289263)
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 - Telephone
(312) 782-6690 - Facsimile

_____
Signature of Attorney
WITNESS: MAR 26 2015

THOMAS G. BRUTON
Thomas G. Bruton, Clerk of Court

2

## **RIDER**

### **INSTRUCTIONS AND DEFINITIONS**

A.    Whenever appropriate, the singular form of a word should be interpreted as plural.

B.    The use of any tense of a verb shall be construed also to include within its meaning all other tenses of the verb so used.

C.    Unless otherwise indicated in a specific request, the documents requested herein are for the time period of January 1, 2006 through the present.

D.    Unless otherwise specified, this Citation pertains to all documents in your possession, custody, or control that relate in any way to the fact, occurrence, thing, or other matter described in the request. Documents within your possession, custody, or control include all documents held or controlled by you in any capacity for your own account or the account of others, as well as all documents held or controlled by your attorneys or by any other persons acting or purporting to act on behalf of you in any capacity.

E.    The terms "Debtor," shall mean Richard P. Turasky, Jr., and his agents, attorneys, affiliates, successors and assigns, known or unknown, and any persons or entities acting (or claiming to be acting) for, on behalf of, or under the authority or control of Richard P. Turasky, Jr..

F.    The terms "you," "your" and "yours" shall mean Country Club Homes, LLC, and its agents, members, managers, associates, attorneys, affiliates, subsidiaries, successors and assigns, known or unknown, and any persons or entities, acting (or claiming to be acting) for, on behalf of, or under the authority or control of Country Club Homes, LLC.

G.    The terms "document" or "documents" as used herein means any written, typed, printed, recorded, digital, electronic, graphic, photographic or sound reproduction material of any kind, including both the original and any non-identical copy or draft thereof. Examples of documents include, but are not limited to, drawings, graphs, charts, photographs, phonorecords, handwritten, typed, or printed papers, handwritten notations, office notes, facsimiles or telecopies, calendar entries, diaries,

announcements, notes of telephone conversations, long-distance telephone call records, bills of lading, warehouse receipts, analyses, estimates, projections, work papers, statements, canceled checks, records of deposits and withdrawals, books, forms, brochures, bulletins, e-mail, text messages, metadata, digests, telegrams, microfilm, reports, receipts, invoices, contracts, agreements, memoranda, correspondence, notes, logs, ledger entries, computer printout cards, tapes, cables, disks, recordings and any other form of electronically or magnetically maintained information, and any other data, records, summaries, or compilations (including all underlying, supporting, or preparatory materials and drafts thereof) from which information can be obtained, or translated, if necessary, by you into reasonably useable form. Handwritten notations of any kind on any copy of a document render it non-identical. Requests for documents include, but are not limited to, those created, drafted, revised and/or used for business or personal reasons or purposes.

   H. The terms "evidence," "pertain," "refer," "reflect," "concern," and "relate," and any forms or derivatives thereof, shall mean, interchangeably and in addition to their ordinary and commonly accepted meanings, depending upon their context: (i) constitute; (ii) contain; (iii) support; (iv) modify; (v) contradict; (vi) criticize; (vii) discuss; (vii) mention; (ix) describe; (x) made in connection with ; (xi) arise from; and/or (xii) record.

   I. The terms "debt," "affiliate," "insider," and "transfer" shall have the meaning set forth in the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.*

   J. The words "and" and "or" shall be construed to be conjunctive or disjunctive, whichever makes the request more inclusive.

   K. The terms "any," "each,' and "all" shall be read to be all-inclusive and to require the production of each and every document responsive to the Citation.

   L. The terms "person" or "persons" mean and include any individual, firm, entity, partnership, corporation, joint venture, unincorporated association, banking association,

governmental agency or department, trust or sole proprietorship, and any and all partners, owners, members, managers, officers, or directors thereof.

M. The terms "account" or "accounts" include, but are not limited to, accounts created, managed, operated, maintained and/or used for business or personal reasons or purposes.

N. The terms "communication' or "communications" mean any verbal, written, electronic or other transmittal of words, thoughts, ideas or images, between or among persons or groups of persons, whether in person, in writing, by telephone, by email, by voicemail, by text-message, or any other means.

## DOCUMENTS AND TANGIBLE THINGS TO BE PRODUCED

1. All bank statements, signature cards, canceled checks, deposit slips, bank memoranda, checkbooks, certificates of deposit, passbooks, and other documents maintained by you relating to, concerning, or evidencing checking accounts, savings accounts, escrow accounts, trust accounts, deposit accounts, certificates of deposit or any other accounts in which Debtor now or has had an interest.

2. All deeds, mortgages, trust deeds, certificates of participation, trust agreements, contracts for deed, leases and other documents relating to, concerning, or evidencing any ownership interest, legal or equitable, in real property or the improvements thereon in which Debtor now has or has had an interest.

3. All statements of account and other documents relating to, concerning, or evidencing a stock, money market, option, investment or commodities brokerage account or accounts, whether or not maintained with a stock or commodities broker or other financial institution, in which Debtor now has or has had an interest.

4. All minutes, minute books, articles of incorporation, requisite documents for formation, financial statements, balance sheet, and by-laws of Debtor or any entity in which Debtor now has or has had an interest.

5

5. All documents relating to, concerning or evidencing the ownership, management, assets, liabilities, and structure of any corporation, partnership, or other business entity in which Debtor has held any ownership or other interest.

6. All federal, state, and local tax returns of Debtor and any entity in which Debtor now has or has had an interest that were prepared or that apply to any tax year including 2008 through the present, including, but not limited to, any attachments, schedules, correspondence, notices, amendments, and other documents relating thereto.

7. All documents relating to, concerning, or evidencing royalties, expectancies, stock certificates, notes, bonds, debentures, futures contracts, or options, whether negotiable or non-negotiable, in which Debtor now has or has had an interest.

8. All documents relating to, concerning, or evidencing life, casualty, general liability, errors and omissions, director or officer liability, umbrella, supplemental or property insurance policies or annuities in which Debtor now has or has had an interest.

9. All receipts, rental agreements, or other documents relating to, concerning, or evidencing any safe deposit box in which Debtor now has or has had an interest.

10. All certificates of title, registration statements, financing statements, agreements or other documents indicating, concerning, or evidencing ownership of or proprietary interest in automobiles, motorcycles, motorhomes, trailers, trucks, all-terrain vehicles, farm implements, or any other vehicle or motor vehicles, not limited to those vehicles designed primarily to be used on public highways and roadways, in which Debtor now has or has had an interest.

11. All certificates of title, registration statements, financing statements, agreements, or other documents indicating, concerning, or evidencing ownership of or proprietary interest in any airplanes, helicopters, boats, ships, yachts, barges, railway cars, gemstones, jewelry, artwork, precious or semiprecious metals or thoroughbred racehorses in which Debtor now has or has had an

interest.

12. All certificates of title and other documents relating to, concerning, or evidencing ownership of inventory, machinery, supplies, fixed assets, plants, warehouses, physical structures or other like assets in which Debtor now has or has had an interest.

13. All documents referring to, concerning, or evidencing any gift of cash or property, real or personal, to any person or entity by Debtor.

14. All documents referring to, concerning, or evidencing all cash that is or was available to Debtor at any time.

15. All documents referring to, concerning, or evidencing any assets, interests or funds belonging to or benefiting Debtor that are being held in escrow, trust, or land trust.

16. All documents referring to, concerning, or evidencing any assets, interests, or funds Debtor has given or transferred to you or into an account, land trust, or trust that benefit you or any other person or entity.

17. All documents relating to, concerning, or evidencing any loans or cash advances to or from Debtor, including but not limited to applications, financial disclosures, and closing documents.

18. All agreements, memoranda, minutes, notes, documents filed with any governmental organization or agency, and other documents, files, or records relating to, concerning, or evidencing, a partnership, joint venture, or any other type of business association in which Debtor now has or has had an interest.

19. All books, records, journals, ledgers, financial statements, both certified and otherwise, accountants' worksheets, and other documents relating to, concerning, or evidencing the assets and liabilities, business operations, or day-to-day financial affairs of Debtor.

20. All documents relating to, concerning, or evidencing any sale, transfer, conveyance, encumbrance, or disposition of any property or other asset owned or controlled by Debtor, including, but

7

not limited to, documents reflecting the amount of consideration paid and the value of the property or other asset transferred.

21. All documents relating to, concerning, or evidencing any transfer of interest, transfer of ownership, transfer of assets, transfer of obligations, or sale of assets, in which Debtor had an interest in from 2002 through current.

22. All documents relating to, concerning, or evidencing any debt owed by Debtor.

23. All documents relating to, concerning, or evidencing lawsuits or causes of action in which there exists the possibility of monetary recovery on behalf of Debtor.

24. All documents relating to, concerning, or evidencing claims, accounts receivable, notes, or expectancies that Debtor now holds against any person or entity.

25. All financing statements, security agreements, contracts, promissory notes, purchase agreements, bills of sale, and other documents that list Debtor as the creditor, debtor, guarantor, payee, assignor, assignee, transferor, or transferee, and also any foreclosure documents related to any such documents.

26. All documents relating to, concerning, or evidencing any certification, license or professional license that Debtor now holds or held, or now has or has had an interest.

27. All documents relating to, concerning, or evidencing any tangible or intangible assets not already referred to in this Citation in which Debtor now has or has had an interest.

28. All documents evidencing the current whereabouts of any tangible property or intangible assets, including but not limited to, equipment, inventory, and real property in which Debtor now has or has had an interest in, as well as any and all documents evidencing an ownership interest of any other person or entity in such assets and real property.

29. All documents relating to, concerning, or evidencing the tangible and/or intangible assets, interests, finances, accounts, cash, real or personal property, or debts of the Debtor, its agents, parents,

subsidiaries, entities, affiliates, successors and assigns, known or unknown, and any person or persons acting (or claiming to be acting) for, on behalf of, or under the authority or control of Debtor.

30. All documents relating to any loans, gifts, or cash advances to or from Debtor.

31. An affidavit certifying that you have fully complied with this Citation to Discover Assets.