ClientCaseID: COOKE
Law Firm ID: ROBBINS


*450209A*

CaseReturnDate: 4/24/15

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **12CV5598**

I, KEITH R. BOCKELMANN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 4645 N. ROCKWELL ST CHICAGO IL 60625 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  3RD PARTY CITATION TO DISCOVER ASSETS

ON THE WITHIN NAMED DEFENDANT COUNTRY CLUB HOMES LLC (JUDGMENT DEBTOR: CAPITAL
PERSON SERVED Aaron Reinke, Attorney
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 3/27/15
Aaron Reinke, Attorney stated that he was authorized to accept the documents on behalf of the entity.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

Sex Male   Race      Age 40
Height 5'10"   Build MEDIUM   Hair BLACK

LOCATION OF SERVICE  **1250 N LARKIN AVENUE STE 1000**
42.0359, -88.3105   **ELGIN, IL, 60123**

Date Of Service 3/27/15   Time of Service 4:09 PM

KEITH R. BOCKELMANN   3/31/2015
**Special Process Server**
P.E.R.C.#129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

KEITH R. BOCKELMANN   3/31/2015