# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>      Plaintiff,<br>  v.<br><br>CAPITAL REALTY & DEVELOPMENT, LLC, an Illinois limited liability company; and RICHARD P. TURASKY, JR., individually,<br><br>      Defendants.<br><br>COUNTRY CLUB HOMES, LLC and KOZACKY WEITZEL MCGRATH, P.C.,<br><br>      Third-Party Respondents. | Case No.: 12-cv-5598<br><br>Assigned Judge: Milton I. Shadur |

## *RE-NOTICE* OF MOTIONS
### (CITATIONS TO DISCOVER ASSETS TO THIRD PARTIES)

To:    See Certificate of Service hereto.

PLEASE TAKE NOTICE that on **Monday, May 4, 2015 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton I. Shadur, presiding in Courtroom 2303, 219 S. Dearborn St., Chicago, Illinois and present **U.S. Bank National Association's Citations to Discover Assets to Third-Party Respondents Country Club Homes, LLC [Doc. Nos. 166, 169] and Kozacky Weitzel McGrath, P.C. [Doc. Nos. 172, 175]**, copies of which were previously served upon you.

                                                  U.S. BANK NATIONAL ASSOCIATION

                              By:    /s/ Vincent T. Borst
                                                  One of its Attorneys

Vincent T. Borst (ARDC No.: 06192904)
Catherine A. Cooke (ARDC No.: 6289263)
ROBBINS SALOMON & PATT, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
(312) 782-9000 Telephone
(312) 782-6690 Facsimile
vborst@rsplaw.com
ccooke@rsplaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 23, 2015, he served a true copy of the above **Re-Notice of U.S. Bank National Association's Citations to Discover Assets to Third-Party Respondents Country Club Homes, LLC [Doc. Nos. 166, 169] and Kozacky Weitzel McGrath, P.C. [Doc. Nos. 172, 175]**, upon the parties listed below, via electronically filing same with the Clerk of the Court using the CM/ECF system which will send a copy of said filing to all counsel of record by electronic mail as follows:

| | |
|---|---|
| Craig Edward Donnelly | Lawrence W. Byrne |
| Patrick J. Keating | Trent P. Cornell |
| Roberts McGivney Zagotta LLC | Pedersen & Houpt |
| 55 West Monroe, Suite 1700 | 161 N. Clark St., Suite 3100 |
| Chicago, IL 60603 | Chicago, IL 60606 |
| cdonnelly@rmczlaw.com | lbyrne@pedersenhoupt.com |
| pkeating@rmczlaw.com | tcornell@stahlcowen.com |
| | |
| Paul J. Kozacky | Philip Jeffrey Nathanson |
| Jessica Fricke Garro | The Nathanson Law Firm |
| Kozacky Weitzel McGrath, P.C. | 120 North LaSalle Street, Suite 1040 |
| 55 West Monroe Street, Suite 2400 | Chicago, IL 60602 |
| Chicago, Illinois 60603 | philipj@nathansonlawfirm.com |
| pkozacky@kwmlawyers.com | |
| jgarro@kwmlawyers.com | |

I further certify that on April 23, 2015, I caused a true copy of the foregoing Re-Notice of Motions to be served (1) via email to the following:

Jeffrey E. Altshul
Mason Law, P.C.
102 S. Wynstone Park Dr. Suite 203
North Barrington, IL 60010
jaltshul@mmasonlaw.com

and (2) via First Class U.S. Mail by depositing the foregoing Re-Notice of Motions in the U.S. mailbox located at 180 N. LaSalle Street, Chicago, Illinois before 5:00 p.m., proper postage pre-paid, addressed to the following:

Peter C. Bazos
Registered Agent: Country Club Homes, LLC
1250 N. Larkin Ave., Ste. 1000
Elgin, IL 600123

By:    /s/ Vincent T. Borst