# *United States District Court for the Northern District of Illinois*

Case Number: _____          Assigned/Issued By: _____

Judge Name: _____          Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*   ☐ $400.00     ☐ $46.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $505.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets            _____

☐ Writ _____                   (Victim, Against and $ Amount)
   (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                (Date)

_____