**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-cv-5598 |
| | ) | |
| v. | ) | Hon. Milton I. Shadur |
| | ) | |
| CAPITAL REALTY & DEVELOPMENT LLC and RICHARD P. TURASKY, JR., | ) ) | Hon. Jeffery Cole |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   **See Service List on attached Certificate of Service**

Please take notice that on June 15, 2015 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before The Honorable Milton I. Shadur or any judge sitting in his stead, in courtroom 2303 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present Arlington Capital and Richard Turasky's Motion for Leave to File *Instanter* Their Response to Alleged Contemnors' *Colorado River* Abstention Request Separate from Their Response to the Emergency Motion to Vacate Rule to Show Cause, a copy of which has been served upon you.

> Respectfully submitted,
>
> Capital Realty & Development LLC and
> Richard P. Turasky, Jr.
>
>
> By:   /s/ Paul J. Kozacky
>           One of their attorneys

Paul J. Kozacky
Jessica F. Garro
Brian P. O'Connor
KOZACKY WEITZEL MCGRATH, P.C.
55 W. Monroe St., Ste. 2400
Chicago, Illinois 60603
(312) 696-0900

**CERTIFICATE OF SERVICE**

       I, Brian P. O'Connor, an attorney, certify that I caused a copy of this NOTICE OF MOTION and related MOTION to be served on the following persons via ECF before the hour of 4:00 p.m. on June 11, 2015:

**Service List**

Vincent Thomas Borst
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601
vborst@rsplaw.com

Lawrence W. Byrne
Pedersen & Houpt
161 N. Clark St.
Suite 3100
Chicago, IL 60606
lbyrne@pedersenhoupt.com

Catherine A. Cooke
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601
ccooke@rsplaw.com

Trent P. Cornell
Pedersen & Houpt
161 North Clark Street
Suite 3100
Chicago, IL 60601
tcornell@stahlcowen.com

Craig Edward Donnelly
Roberts McGivney Zagotta LLC
55 West Monroe

Suite 1700
Chicago, IL 60603
cdonnelly@rmczlaw.com

Kimberly Ann Doucas
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601
kdoucas@rsplaw.com

Patrick J. Keating
Roberts McGivney Zagotta LLC
55 W. Monroe Street
Suite 1700
Chicago, IL 60603
pkeating@rmczlaw.com

Philip J. Nathanson
The Nathanson Law Firm
120 North LaSalle Street
Suite 1040
Chicago, IL 60602
philipj@nathansonlawfirm.com

Jeffery R. Beck
Brown, Udell, Pomerantz & Delrahim, Ltd.
1332 N Halsted, Ste 100, Chicago, IL 60642
jbeck@bupdlaw.com

          /s/ Brian P. O'Connor